UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LASHANDRA  MITCHELL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | No. 1:14-cv-00198-SEB-MJD |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| **Defendant.** | ) | |

## REPORT AND RECOMMENDATION
### HON. MAGISTRATE JUDGE MARK DINSMORE

On February 11, 2014, Plaintiff Lashandra Mitchell ("Mitchell") filed a *pro se* Complaint

requesting judicial review of the final decision of the Commissioner of the Social Security

Administration denying her application for Supplemental Security Income under Title XVI of the

Social Security Act. [Dkt. No. 1.] On May 19, 2014, the Commissioner's Answer and the

Transcript of the Administrative Record of the Social Security Administration were filed. [Dkt.

Nos. 15 & 15.]

On May 20, 2014, the Court issued its Entry of Briefing Schedule, which required

Mitchell to file her brief in support of the Complaint within 56 days of the date of the order, or

on or before July 15, 2014. [Dkt. 16.] The Court's order also contained a detailed description of

the information Plaintiff's brief was required to contain. [*Id.*]

Mitchell failed to timely file any brief in support of the Complaint. Thereafter, on July

17, 2014, the Court ordered Mitchell to show cause on or before August 4, 2014 why this case

should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's

failure to comply with the Court's Order or, in the alternative, the Court's order allowed Plaintiff to submit her brief in support of the Complaint on or before August 4, 2014. [Dkt. No. 17.] The Court's order noted that "[a] failure to respond will result in the dismissal of Plaintiff's complaint." [*Id.*]

To date, Plaintiff has neither responded to the order to show cause nor filed any brief in support of the Complaint. Accordingly, the Magistrate Judge recommends that Plaintiff's Complaint be **DISMISSED** without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for Plaintiff's failure to prosecute this matter and to comply with multiple orders of the Court.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Dated: 09/05/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

LASHANDRA MITCHELL
2520 Gale Street
Indianapolis, IN 46218

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov